# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** December 12, 2024

**CASE OF:** In Re: Amendments to Florida Probate Rules

**DOCKET NO.:** SC2024-0433

**OPINION FILED:** November 7, 2024

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 5, line 1, "associations" has been changed to "association" in the first paragraph.

**SIGNED: OPINION CLERK**